**Eric A. Lindenauer,** OSB #83372
Email: elindenauer@gsblaw.com
**Michael R. O'Connor,** OSB #97501
Email: moconnor@gsblaw.com
**Garvey Schubert Barer**
Eleventh Floor
121 S.W. Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Fax: (503) 226-0259

    Attorneys for Defendant
    Associated Administrators, Inc.

FILED'05 NOV 03 12:04USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL SCHIEL,**<br><br>    Plaintiff,<br><br>v.<br><br>**ASSOCIATED ADMINISTRATORS, INC.,** a corporation, and **INNOVATIVE CARE MANAGEMENT, INC.,** a corporation,<br><br>    Defendants. | Case No. CV 05-6297-HO<br><br>**STIPULATED ORDER ALLOWING DEFENDANTS' MOTIONS TO DISMISS COMPLAINT WITH LEAVE TO REPLEAD** |

    Based upon the stipulation and agreement of plaintiff Michael Schiel and defendants

Associated Administrators, Inc. and Innovative Care Management, Inc.,

IT IS HEREBY ORDERED that the defendants' pending Rule 12(b)(6) motions to dismiss are granted. Plaintiff is granted leave to file an amended complaint within 30 days of the date of this Order.

Dated this 2nd day of Nov., 2005.

/s/ Michael R. Hogan
Hon. Michael R. Hogan
United States District Court Judge

IT IS SO STIPULATED:

GARVEY SCHUBERT BARER

By: _____
Eric A. Lindenauer, OSB #83372
elindenauer@gsblaw.com
(503) 228-3939
(503) 226-0259
Attorney for Defendant Associated Administrators, Inc.

Date: 10/31/05

BODYFELT MOUNT STROUP & CHAMBERLAIN LLP

By: _____
Richard A. Lee, OSB #84271
lee@bmsc-law.com
(503) 243-1022
(503) 243-2019 (Fax)
Attorney for Defendant Innovative Care Management, Inc.

Date: 10-26-05

HURLEY LYNCH & RE, P.C.

By: _____
Gregory P. Lynch, OSB #75234
gplynch@hlr-law.com
(541) 317-5505
(541) 317-5507 (Fax)
Attorney for Plaintiff Michael Schiel

Date: 10/19/05

**STIPULATED ORDER ALLOWING DEFENDANTS' MOTIONS TO DISMISS**
**COMPLAINT WITH LEAVE TO REPLEAD**

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **STIPULATED ORDER ALLOWING DEFENDANTS' MOTIONS TO DISMISS WITH LEAVE TO REPLEAD** was served on:

>Gregory P. Lynch
>Stanley D. Austin
>Hurley Lynch & Re, P.C.
>747 S.W. Mill View Way
>Bend, OR 97702-1556
>    Attorneys for Plaintiff
>
>Richard A. Lee
>Bodyfelt Mount Stroup & Chamberlain LLP
>707 SW Washington Street, Suite 1100
>Portland, OR 97205-3528
>    Attorneys for Defendant Innovative Care Management, Inc.

by mailing to them a copy of the original thereof, contained in sealed envelopes, addressed as above set forth, with postage prepaid, and deposited in the mail in Portland, Oregon, on October 31, 2005.

>Eric A. Lindenauer, OSB #83372
>Michael R. O'Connor, OSB #97501
>Of Attorneys for Defendant
>    Associated Administrators, Inc.

PDX_DOCS:362347.1 [32128-00700]